**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS,<br>*Plaintiffs-Appellees*,<br>v.<br>CORNELL UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, UNIVERSITY OF NOTRE DAME DU LAC, and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>*Defendants-Appellants*. | No. 26-2759<br><br>On Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**AMENDED DOCKETING STATEMENT**

Defendants-Appellants submit this docketing statement in compliance with Seventh Circuit Rules 3(c)(1) and 28(a).

## I. JURISDICTION OF THE DISTRICT COURT

Plaintiffs-Appellees in this class action assert claims under Section 1 of the Sherman Act, 15 U.S.C. § 1. *See* Dkt. 308 ¶¶ 264-273 (Second Amended Complaint). The district court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1337 and 1331.

## II. JURISDICTION OF THE COURT OF APPEALS

This Court has jurisdiction under 28 U.S.C. § 1292(e) and Federal Rule of Civil Procedure 23(f). The district court granted class certification on June 1, 2026. Dkt.

1275; *see also* Dkt. 1241. Defendants timely filed a petition for review of the district court's class-certification order under Rule 23(f) on June 15, 2026. This Court granted the petition on August 24, 2026.

## III. PRIOR OR RELATED PROCEEDINGS

There is no prior litigation in the district court that involves any "criminal convictions" or that "has been designated by the district court as satisfying the criteria of 28 U.S.C. § 1915(g)." 7th Cir. R. 3(c)(1).

Defendants filed an earlier interlocutory appeal in this case that was dismissed by this Court for lack of appellate jurisdiction on March 16, 2026. *See Corzo v. Cornell University, et al.*, No. 26-1275 (7th Cir.). The prior interlocutory appeal does not relate to the current appeal.

Dated: September 3, 2026

Respectfully submitted,

By: */s/ Seth Waxman*
Seth Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-937-7294
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Edward W. Feldman
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 W. Monroe St.
Suite 1900
Chicago, IL 60603
Tel: 312-263-3700
efeldman@millershakman.com

*Counsel for The Trustees of the University of Pennsylvania*

By: */s/ Norman Armstrong*
Norman Armstrong
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Tel: 202-842-7800
norman.armstrong@cooley.com

*Counsel for Cornell University*

By: */s/ Brett M. Miller*
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Counsel for Georgetown University*

By: */s/ Eric Mahr*
Eric Mahr
Jan Rybnicek
Andrew Henderson
FRESHFIELDS US LLP
700 13th Street, NW
Washington, DC 20005
Tel: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
andrew.henderson@freshfields.com

*Counsel for Massachusetts Institute of Technology*

By: */s/ Robert A. Van Kirk*
Robert A. Van Kirk
Sarah F. Kirkpatrick
Matthew D. Heins
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, D.C. 20024
Tel: 202-434-5000
rvankirk@wc.com
jpitt@wc.com
skirkpatrick@wc.com
mheins@wc.com

*Counsel for University of Notre Dame*