**No. 26-2759**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

ANDREW CORZO, ET AL.,
*Plaintiffs-Appellees*,
*v.*

CORNELL UNIVERSITY, ET AL.,
*Defendants-Appellants*.

Interlocutory Appeal Pursuant to Federal Rule of Civil Procedure 23(f) from the U.S. District Court for the Northern District of Illinois, No. 1:22-cv-00125-MFK before the Honorable Matthew F. Kennelly

## APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF


DAVID GRINGER
ALAN SCHOENFELD
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

SETH P. WAXMAN
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com

*Attorneys for Defendant-Appellant the Trustees of the University of Pennsylvania*


October 15, 2026

NORMAN ARMSTRONG
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
(202) 842-7800
norman.armstrong@cooley.com

*Attorney for Defendant-Appellant Cornell University*

BRITT M. MILLER
DANIEL T. FENSKE
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Attorneys for Defendant-Appellant Georgetown University*

ERIC MAHR
JAN RYBNICEK
FRESHFIELDS US LLP
700 13th Street, NW
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com

*Attorneys for Defendant-Appellant Massachusetts Institute of Technology*

ZAKI ANWAR
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
zaki.anwar@wilmerhale.com

EDWARD W. FELDMAN
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 W. Monroe Street
Suite 1900
Chicago, IL 60603
(312) 759-7213
efeldman@millershakman.com

*Attorneys for Defendant-Appellant the Trustees of the University of Pennsylvania*

ROBERT A. VAN KIRK
SARAH F. KIRKPATRICK
MATTHEW D. HEINS
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, DC 20024
(202) 434-5000
rvankirk@wc.com
skirkpatrick@wc.com
mheins@wc.com

*Attorneys for Defendant-Appellant University of Notre Dame*

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1) and Seventh Circuit Rule 26, Defendants-Appellants respectfully seek an eight-day extension of the December 9, 2026, deadline to file their reply brief. If this requested extension were granted, the deadline for Defendants-Appellants' reply brief would be **December 17, 2026**. This is Defendants-Appellants' first request for an extension. As explained in the attached declaration, good cause exists for this extension, and Plaintiffs-Appellees do not oppose.

October 15, 2026

Respectfully submitted:

/s/ *Seth P. Waxman*

SETH P. WAXMAN
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com

DAVID GRINGER
ALAN SCHOENFELD
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

NORMAN ARMSTRONG
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 842-7800
norman.armstrong@cooley.com

*Attorney for Defendant-Appellant Cornell University*

BRITT M. MILLER
DANIEL T. FENSKE
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com

*Attorneys for Defendant-Appellant Georgetown University*

ERIC MAHR
JAN RYBNICEK
FRESHFIELDS US LLP
700 13th Street, NW
Washington, DC 20005
(202) 777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com

*Attorneys for Defendant-Appellant Massachusetts Institute of Technology*

ROBERT A. VAN KIRK
SARAH F. KIRKPATRICK
MATTHEW D. HEINS
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, D.C. 20024
(202) 434-5000
rvankirk@wc.com
skirkpatrick@wc.com
mheins@wc.com

*Attorneys for Defendant-Appellant University of Notre Dame*

david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

ZAKI ANWAR
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
zaki.anwar@wilmerhale.com

EDWARD W. FELDMAN
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 W. Monroe Street
Suite 1900
Chicago, IL 60603
(312) 759-7213
efeldman@millershakman.com

*Attorneys for Defendant-Appellant the Trustees of the University of Pennsylvania*

## DECLARATION OF SETH P. WAXMAN IN SUPPORT OF DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF

I, Seth P. Waxman, hereby declare and state as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and represent Defendant-Appellant the Trustees of the University of Pennsylvania in this action.

2. On June 15, 2026, Defendants-Appellants filed a petition under Federal Rule of Civil Procedure 23(f) requesting this Court's permission to appeal from the district court's class-certification order. *Cornell Univ. v. Corzo*, No. 26-8014, Dkt. 1 (7th Cir. June 15, 2026).

3. On August 24, 2026, this Court granted Defendants-Appellants' petition. *Cornell Univ. v. Corzo*, No. 26-8014, Dkt. 26 (7th Cir. Aug. 24, 2026).

4. On August 25, 2026, Defendants-Appellants timely paid the filing fees. The Court docketed this appeal on the same day.

5. On October 2, 2026, Plaintiffs-Appellees moved for a 14-day extension of time to file their response brief, asking to extend their deadline from November 4, 2026, to November 18, 2026.

6. Defendants-Appellants timely filed their opening brief and the joint appendix on October 5, 2026.

7. On October 6, 2026, the Court granted Plaintiffs-Appellees' motion for an extension of time to file the response brief. Dkt. 31.

8. Under Federal Rule of Appellate Procedure 31(a)(1), Seventh Circuit Rule 31, and the Court's order granting Plaintiffs-Appellees' request for an extension of time (Dkt. 31), the current deadline for Defendants-Appellants' reply brief is December 9, 2026. If the Court were to grant Defendants-Appellants' requested eight-day extension, the deadline for Defendants-Appellants' reply brief would be December 17, 2026.

9. Counsel for Defendants-Appellants require additional time to prepare the reply brief. During the briefing period, counsel for Defendant-Appellant the Trustees of the University of Pennsylvania will be preparing for oral argument in *Republican National Committee v. Mi Familia Vota*, No. 25-1017 (S. Ct.) (argument scheduled for December 8, 2026) and briefing a motion to dismiss in *Albert v. American Society of Health-System Pharmacists, Inc.*, No. 8:25-cv-00673 (D. Md.) (brief due December 4, 2026). In addition, counsel for Defendant-Appellant

Georgetown University will be preparing for oral argument in *In re College Athlete NIL Litigation*, No. 25-4190 (9th Cir.) (argument scheduled for December 7, 2026).

10. Counsel for Defendants-Appellants will also be traveling and out of the office for part of this briefing period, which—due to the extension the Court granted to Plaintiffs-Appellees—now includes the Thanksgiving holiday.

11. Given counsel's preexisting obligations, additional time is needed to prepare a reply brief that will most effectively and efficiently present the issues for the Court's consideration. Counsel for Defendants-Appellants therefore request an additional eight days, up to and including December 17, 2026, to fully and adequately prepare Defendants-Appellants' reply brief.

12. Pursuant to Circuit Rule 26, counsel for Defendants-Appellants contacted counsel for Plaintiffs-Appellees on October 14, 2026, and shared a copy of this extension motion and declaration. Counsel for Plaintiffs-Appellees have advised that they do not oppose Defendants-Appellants' motion for an extension.

*     *     *

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| | /s/ *Seth P. Waxman* |
| October 15, 2026 | SETH P. WAXMAN |

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that, according to the word-count function of the word-processing system used to generate the motion (Microsoft Word), the motion contains 75 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface requirements and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6), as amended by Seventh Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

/s/ *Seth P. Waxman*
SETH P. WAXMAN

## CERTIFICATE OF SERVICE

On October 15, 2026, I filed the foregoing using the CM/ECF system, which effected service on all registered counsel.

/s/ *Seth P. Waxman*
SETH P. WAXMAN